# PD-1654-15

NO. 04-12-00744-CR

RECEIVED IN COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

FILED IN COURT OF CRIMINAL APPEALS

DEC 1 ...

Abel Acosta, Clerk

JAMES DAVIS MORRISON JR. §        IN THE TEXAS COURT
        PETITIONER         §
                           §
VS.                        §        OF
                           §
                           §
THE STATE OF TEXAS,        §
        RESPONDENT         §        CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, James Davis Morrison Jr. , Petitioner, and files this motion for an extension of sixty- (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 379th District Court of Bexar County, Texas of the offense of Capital Murder in Cause No. 2009-CR-7696, styled The State of Texas vs. James Davis Morrison Jr. The Petitioner appealed to the Court of Appeals, Fourth Supreme Judicial District, Appeal No. 04-12-00744-CR . The case was affirmed on July 30, 2014 .

### II.

The present deadline for filing the Petition for Discretionary Review is 12-30-15 . The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until 9-16-14 . Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _____, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 04-12-00744-CR to 1-30-16 .

Respectfully submitted,

James Davis Morris Jr.
Petitioner Pro Se
TDCJ # 1819356
Texas Department of Criminal Justice